UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERONICA GASPA, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>-v.-<br><br>GROUP USA, INC.<br><br>          Defendant(s). | Case No: 3:24-cv-06715-RK-JTQ |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT GROUP USA, INC.

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant Seng Couture LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 19, 2024

                  **HOROWITZ LAW, PLLC**
                  /s/ *Uri Horowitz*
                  By: Uri Horowitz, Esq.
                  14441 70th Road
                  Flushing, NY 11367
                  Phone: (718) 705-8706
                  uri@horowitzlawpllc.com

                  *Attorneys For Plaintiff Veronica Gaspa*

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:** 11/20/24

1